IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
(NO. VI) )
)
)
THIS DOCUMENT RELATES TO: ) MDL 875
)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION NO. 1:99-CV-22-T

Nancy P. Crompton, As the Executrix of the Estate )
Of Larry D. Crompton; )
)
Plaintiffs, )
) MOTION TO DISMISS
vs. ) WITH PREJUDICE
)
AMCHEM PRODUCTS, INC., et al. )
)
Defendants. )

Plaintiffs move the Court, by and with consent of counsel for Defendant, for a voluntary dismissal with prejudice as to Defendants Garlock, Inc. and The Anchor Packing Company and respectfully show the Court that Plaintiffs desire to dismiss these Defendants and should be permitted to do in the interest of justice.

WHEREFORE, plaintiffs move that they be permitted to voluntarily dismiss this action with prejudice as to defendants Garlock, Inc. and the Anchor Packing Company.

Granted
James T. [signature]
12/4/2006

This the 8th day of April, 2002.

E. Spencer Parris,
N.C. State Bar No. 011042
J. Michael Riley,
N.C. State Bar No. 18396
Jones Martin Parris & Tessener Law Offices
410 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27603
(919) 821-0005

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO DISMISS and proposed ORDER were served by depositing a copy thereof in the United States mail, first-class postage prepaid, addressed as follows:

Tim Bouch
Leath Bouch & Crawford
134 Meeting Street
4th Floor
Charleston, SC 29401

This __8th__ day of April, 2002.

_____
J. Michael Riley